**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                        **No.  4:99CR00086-01-BRW**

**WES DAVENPORT**

<u>ORDER</u>

Pending is the Motion for Warrant and Revocation (Doc. No. 147), as to defendant Wes Davenport.  Defendant has been arrested and a hearing on the matter is set for **<u>Thursday, March 19, 2015 at 1:00 PM, in Courtroom #389</u>**.  The Court appoints Assistant Federal Public Defender, Nicole Lybrand, as counsel.  The Clerk's office is directed to make this change on the docket.

IT IS SO ORDERED this 18th day of March, 2015.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE