AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

FILED
U.S DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 20 2015

JAMES W. McCORMACK, CLERK
By:_____ C. W_____
DEP CLERK

# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| WES DAVENPORT | |

Case No. 4:99-CR-00086-01-BRW

USM No. 21828-009

Nicole Lybrand
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  General  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| General #2 | Commission of another federal, state or local crime. | 06/28/2014 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 0990

Defendant's Year of Birth: 1945

City and State of Defendant's Residence:

03/19/2015
Date of Imposition of Judgment

_____
Signature of Judge

BILLY ROY WILSON,   U.S. District Judge
Name and Title of Judge

3-20-2015
Date

DEFENDANT: WES DAVENPORT
CASE NUMBER: 4:99-CR-00086-01-BRW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

90 days in Chemical Free Living, with no term of Supervised Release to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: WES DAVENPORT
CASE NUMBER: 4:99-CR-00086-01-BRW

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant will participate under the guidance and supervision of the probation office in a substance abuse treatment program which may include drug and alcohol testing, outpatient counseling, and residential treatment. The defendant will abstain from alcohol throughout the course of supervision.

2. The defendant shall actively participate in and cooperate with a regimen of mental health care and psychiatric aftercare as directed by the mental health provider and the U. S. Probation Office. This is to include his voluntary admission on an inpatient basis for stabilization should it be deemed necessary. He shall follow all the rules, regulations, and instructions of the treatment staff and comply with the treatment regimen recommended.